UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE A. LAFFER,

    Plaintiff,

v.                                CASE NO. 8:17-cv-1926-T-23AEP

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 29), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on May 17, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE